IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


DARIUS JUWAN COUNCIL,
                    Plaintiff,
        v.                                          **Judgment in a Civil Case**
DARREN HINSON, TODD E. ISHEE,
SHANTICIA HAWKINS, and D.
EVERETTE,
                    Defendants.                     Case Number: 5:22-CT-3107-FL


**Decision by Court.**

Pursuant to order filed November 28, 2022, the Honorable Louise W. Flanagan, United States District Judge, directed that in the event of no response from plaintiff to said order, the clerk shall, without further order of the court, terminate all pending motions as moot and enter judgment dismissing the action without prejudice for failure to prosecute and failure to respond to a court order.

Plaintiff failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 4, 2023, with service on:
Darius Juwan Council #1261697                    (Via US Mail)
Pasquotank Correctional Institution
527 Commerce Drive
Elizabeth City, NC 27906


January 4, 2023                          Peter A. Moore, Jr.
                                        _____
                                         Clerk of Court


                                        By: _Stephanie Mann_____
                                            Deputy Clerk